AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Juan CORTEZ<br>aka<br>Jorge CORTEZ-TORRES<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  5:18mj978 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Sep. 9, 2016 thru Oct. 3, 2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2250 | Count 1: Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

/s/Chad Skaggs  C. S.
*Complainant's signature*

Chad Skaggs, Deputy U. S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/05/2018__

*Judge's signature*

City and state: __Laredo, Texas__        Diana Song Quiroga, US Magistrate Judge
*Printed name and title*

Your Affiant, Chad SKAGGS is a Deputy U. S. Marshal employed by the United States Marshals Service since 2011. The Affiant is authorized to make arrests and conduct criminal investigations, including fugitive investigations with respect to violent offenses and violations of both federal and state law. The Affiant is also authorized to investigate convicted sex offenders who have failed to register as required by Title 18 United States Code Section 2250, also referred to as, the Adam Walsh Child Protection and Safety Act of 2006. As such, the Affiant makes the following statements under oath.

- On or about December 31, 2008, Jose Juan CORTEZ (CORTEZ) was arrested by the Laredo Police Department and charged with Sexual Assault of a Child in violation of Texas Penal Code Section 22.011 (a)(2).
- On or about February 19, 2010, CORTEZ was convicted of Indecency with a Child by Exposure a third degree felony, before the 406th District Court in Webb County, Texas under Cause No 2009CRS000170D4. CORTEZ was assessed punishment of 8 years in the Institutional Division State of Texas probated for 8 years.
- On March 9, 2010, CORTEZ read, or was read, his Conditions of Community Supervision which included Sex Offender Program and Instructions. CORTEZ signed and provided his right thumb print on his Conditions of Community Supervision thereby acknowledging that he was notified and understood the requirements of his duty to register as a Sex Offender.
- On or about August 24, 2010, CORTEZ was deported from the United States to his native country of Mexico via the Laredo Port of Entry.
- On November 28, 2015, CORTEZ was involved in a Motor Vehicle Accident. At the time of this accident, CORTEZ was operating a 2000, red in color, Ford Focus bearing Texas License Plate FMS0216. CORTEZ identified himself to the Laredo Police Department (LPD) Officer as Jorge CORTEZ-TORRES.
- On September 9, 2016, CORTEZ was booked and charged with Driving While Intoxicated in Laredo, Texas by the Texas Department of Public Safety (TXDPS). At the time of his arrest, CORTEZ again gave the alias Jorge CORTEZ-TORRES. A review of the Webb County Booking Photo for this incident confirmed Jorge CORTEZ-TORRES was Jose Juan CORTEZ.
- On September 10, 2016, CORTEZ was released from the Webb County Jail to the Street after posting Bond for the Driving While Intoxicated offense.
- On September 23, 2016, CORTEZ was issued a citation in Laredo, Texas by the Texas Department of Public Safety for Speeding in a School Zone. CORTEZ was operating the 2000, red in color, Ford Focus Texas License Plate FMS0216 and identified himself to the TXDPS Trooper as Jorge CORTEZ-TORRES.
- On or about January 02, 2018, the Ford Focus was registered by a relative of CORTEZ and issued new Texas License Plate, JFL7810. Deputy C. SKAGGS confirmed it was the same vehicle by reviewing the Vehicle Identification Number.
- On October 3, 2018, Deputies utilized a ruse and interviewed the vehicle's registered owner at his residence, who told Deputies that he is the newly registered owner of the 2000, red in color, Ford Focus that CORTEZ has been operating. The relative stated to Deputies that he registered the vehicle for CORTEZ, to whom he referred to initially as Jose, and then as Jorge. The Ford Focus now bears Texas License Plate JFL7810.

- On this same date (Oct. 3, 2018), Deputies observed CORTEZ outside a residence at the 3600 block of Sereno Drive in Laredo, Texas. CORTEZ pulled up to the residence operating the Ford Focus, Texas License Plate JFL7810. Deputy Z. DAVIS photographed the driver of the Ford Focus as he arrived at the residence and positively identified him as Jose Juan CORTEZ.
- On October 4, 2018, Deputy R. SKAGGS queried the Texas Department of Public Safety Sex Offender Registry which revealed that Jose Juan CORTEZ aka Jorge CORTEZ-TORRES has not registered as a sex offender in the State of Texas.
- Jose Juan CORTEZ traveled in foreign commerce and has failed to register as a sex offender from at least September 9, 2016, until October 3, 2018.